# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 2:13CR00017 |
| | ) |
| v. | ) **OPINION AND ORDER** |
| | ) |
| ANDREW VILLALOBOS, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

*Jennifer Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for United States; Nancy Dickenson, Assistant Federal Public Defender for Defendant.*

Defendant Andrew Villalobos had filed a pro se Motion to Amend his pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 that had implicated *Johnson v. United States*, 135 S. Ct. 2551 (2015), and the court appointed the Federal Public Defender to represent Villalobos pursuant to Standing Order 2015-5. Thereafter, the parties moved to stay the case pending the resolution of In re Creadell Hubbard, No. 15-276, __ F.3d __, 2016 WL 3181417 (4th Cir. June 8, 2016). Now that In re Creadell Hubbard has been resolved, it is hereby **ORDERED** as follows:

1. The stay is lifted.

2. The Federal Public Defender may supplement the Motion to Amend within thirty days. In the event the Federal Public Defender decides not to

supplement, the Federal Public Defender should docket a notice to that effect within thirty days.

3. The United States must respond to the Motion to Amend and any supplement within thirty days of the Federal Public Defender's filing.

                ENTER: June 21, 2016

                /s/ James P. Jones
                United States District Judge